# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**NANCY SMITH**                                                                                          **PLAINTIFF**

**V.**                    **CASE NO.: 3:11CV00155 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## JUDGMENT

Judgment is hereby entered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Nancy Smith.

DATED this 2nd day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE